AUSA: DePorre Telephone: (810) 766-5177
Special Agent: Zylik Telephone: (810) 341-5710

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

United States of America

v.

Troy Lavil Lyle,

Case: 4:23−mj−30025
Assigned To : Ivy, Curtis, Jr
Assign. Date : 1/24/2023
Description: CMP USA v Troy Lavil Lyle (kcm)

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 23, 2023 _____ in the county of _____ Genesee _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

There is probable cause to believe that on or about January 23, 2023, in the Eastern District of Michigan, Troy Lavil Lyle, knowing that he had been convicted of a felony punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, a firearm, in violation of 18 U.S.C. § 922(g)(1).

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Christopher Zylik, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: January 24, 2023

_____
*Judge's signature*

City and state: Flint, MI

Curtis Ivy, Jr, United States Magistrate Judge
*Printed name and title*

## **AFFIDAVIT**

1.      I have been employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) since January 2022. I am currently assigned to the Detroit Field Division, Flint Field Office. Before working for the ATF, I was employed by the Michigan Department of State Police (MSP) for eight years. I have conducted or participated in numerous criminal investigations focused on firearms, armed drug trafficking, and criminal street gangs, and other violations of federal law.

2.      I make this affidavit from personal knowledge based on my participation in this investigation, my review of reports and other materials prepared by those who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

3.      I am currently investigating Troy Lavil Lyle, date of birth XX/XX/1988, for a violation of 18 U.S.C. § 922(g)(1) (possession of a firearm by a person who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year).

1

4.      On January 23, 2023, Michigan State Police (MSP) arrested Lyle for illegal possession of a firearm, controlled substances violations, and outstanding warrants.

5.      That day, MSP troopers observed a gray 2021 Chevrolet Malibu speeding and travelling approximately 43 mph in a 35 mph zone. MSP troopers conducted a traffic stop at Clio Road near Welch Boulevard in the City of Flint.

6.      MSP made contact with the driver, who was the sole occupant, and was identified via his Michigan operator's license as Lyle.

7.      During the stop, troopers queried Lyle's name in a law enforcement database, which reported that he had three felony warrants out of the 67th District Court issued by the Michigan Attorney General's Office for child support. Lyle's criminal history also indicated he was a convicted felon.

8.      Officers arrested Lyle for the warrants.   They searched his person and found a black in color, Springfield XD-9, semi-automatic pistol, bearing serial # MG453134 in the right exterior pocket of Lyle's jacket. The firearm was loaded with a total of 15 rounds of 9mm ammunition (with one round in the chamber).

9.      While MSP troopers were transporting Lyle to the Flint City Jail, Lyle requested to call his mother-in-law. MSP troopers utilized their department issued cellphone to dial the number and put it on speaker phone. A female answered the

phone call and asked Lyle why he was going to jail. Lyle replied "I had got pulled over… Taking this damn gun to the laundromat with me."

10.    While at the Flint City Jail, a clear plastic baggie containing a white rock-like substance suspected to be crack cocaine in the exterior right jacket pocket of Lyle. The baggie weighed approximately 4 grams as packaged.

11.    Sergeant Chiros conducted a TruNarc scan of the suspected crack cocaine. The results identified it as cocaine base.

12.    As part of this investigation, I queried Lyle's computerized criminal history (CCH) which yielded the following:

- 2006 – Lyle pled guilty in the 7th Circuit Court of Michigan to Attempt - Felony Carrying a Concealed Weapon.

- 2007 – Lyle was found guilty in the 67th District Court of Michigan to Domestic Violence.

- 2012 – Lyle pled guilty in the 7th Circuit Court of Michigan to Felony Controlled Substance – Delivery/Manufacture less than 50 grams, Felony Carrying a Concealed Weapon, and Felony Weapons. He was sentenced to two years confinement. Based on this sentence, I believe that Lyle knew he had been previously convicted of a crime punishable by a term of imprisonment

exceeding on year.

- 2016 – Lyle pled guilty in the 7th Circuit Court of Michigan to Felony Controlled Substance – Delivery/Manufacture less than 50 grams.

- 2016 – Lyle pled guilty in the 7th Circuit Court of Michigan to Felony Controlled Substance – Delivery/Manufacture less than 50 grams and Felony Controlled Substance 2nd or Subsequent Offense.

- 2016 – Lyle pled guilty in the 7th Circuit Court of Michigan to Felony Controlled Substance – Delivery/Manufacture less than 50 grams and Felony Controlled Substance 2nd or Subsequent Offense.

13.    Special Agent Hurt is recognized by the ATF as an expert in the interstate nexus of firearms. I spoke to him about the Springfield XD-9 pistol bearing serial # MG453134, and Agent Hurt informed me that the firearm was manufactured outside of the state of Michigan, and the above-described firearm is a firearm as defined in Chapter 44, Title 18, United States Code.

4

14.     Based on the foregoing, I have probable cause to believe that on January 23, 2023, in the Eastern District of Michigan, Troy Lavil Lyle, knowing that he had been convicted of a felony punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, a firearm, in violation of 18 U.S.C. § 922(g)(1).

_____

Christopher Zylik
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and signed in my presence and/or by reliable electronic means on this 24th day of January, 2023.

_____
Hon. Curtis Ivy, Jr.
United States Magistrate Judge

5